### B. S. GLOVER v. STATE.

No. A-3186. Opinion Filed December 28, 1917.

(188 Pac. 419.)

Appeal from Superior Court, Muskogee County;
H. C. Thurman, Judge.

B. S. Glover was convicted of a violation of the prohibitory law, and he appeals. Appeal dismissed.

Crump, Bailey & Crump, for plaintiff in error.

PER CURIAM. The plaintiff in error, B. S. Glover, was convicted in the superior court of Muskogee county upon a charge that he did have possession of intoxicating liquor with intent to sell the same, and on the 22d day of September, 1917, in pursuance of the verdict, he was sentenced to be confined in the county jail for 30 days and to pay a fine of $50. From the judgment he appealed by filing in this court on October 30, 1917, a petition in error with case-made. His counsel of record have filed motion to dismiss said appeal, which motion is sustained.

Appeal dismissed, and cause remanded to the trial court.

---

### BUSTER HOLLAND v. STATE.

No. A-2547. Opinion Filed January 5, 1918.

(169 Pac. 648.)

Appeal from County Court, Nowata County;
F. A. Calvert, Judge.

Buster Holland was convicted of violating the prohibitory law, and he appeals. Affirmed.

Tillotson & Elliott, for plaintiff in error.

R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM. Buster Holland was convicted at the January, 1915, term of the county court of Nowata county, on a charge of unlawfully selling intoxicating liquor, and his punishment fixed at a fine of $250 and imprisonment in the county jail of Nowata county for three months. A careful examination of the record discloses no error sufficiently prejudicial to warrant a reversal of the judgment of the trial court.

It is therefore affirmed.